UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANDRA E. RIVERA, <br><br> Plaintiff, <br><br> v. <br><br> ATG CREDIT, LLC, <br><br> Defendant. | Case No. 1:20-cv-03297 <br><br> Judge Manish S. Shah |

## STATUS REPORT

Pursuant to this Court's August 11, 2020 minute entry [9], Plaintiff, Sandra E. Rivera, hereby provides the following status report regarding the settlement of this case:

(1) On August 5, 2020, the parties agreed to a settlement of the above-captioned action.

(2) On August 5, 2020, Plaintiff filed a notice a settlement [8].

(3) On August 11, 2020, this Court ordered Plaintiff to file a notice of voluntary dismissal or status report by October 5, 2020 [9].

(4) The parties have since entered into a mutually-agreeable written settlement agreement, fully-executed by both parties.

(5) However, Plaintiff is not yet able to dismiss this action as the parties are still in the process of fulfilling their respective obligations pursuant to the written settlement agreement entered into between the parties.

For these reasons, Plaintiff respectfully requests that the Court allow Plaintiff an additional thirty (30) days, up through and including November 4, 2020, to file her notice of voluntary dismissal of this action, with prejudice.

DATED this 5th day of October, 2020.          Respectfully Submitted,

     /s/ Geoff B. McCarrell
Geoff B. McCarrell (OH #0086427)
CONSUMER LAW PARTNERS, LLC
333 N. Michigan Ave., Suite 1300
Chicago, Illinois 60601
(267) 422-1000 (phone)
(267) 422-2000 (fax)
geoff.m@consumerlawpartners.com

*Attorneys for Plaintiff, Sandra E. Rivera*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing *Status Report* is being filed electronically with the United States District Court for the Northern District of Illinois on this 5th day of October, 2020. Notice of this filing will be transmitted to counsel of record by operation of the Court's electronic filing system.

     /s/ Geoff B. McCarrell
Geoff B. McCarrell (OH #0086427)
CONSUMER LAW PARTNERS, LLC