UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANDRA E. RIVERA, <br><br> Plaintiff, <br><br> v. <br><br> ATG CREDIT, LLC, <br><br> Defendant. | Case No. 1:20-cv-03297 <br><br> Judge Manish S. Shah |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION

Plaintiff, Sandra E. Rivera ("Plaintiff"), through her undersigned counsel, hereby gives notice of the voluntary dismissal of this action. Plaintiff's claims are hereby dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

DATED this 8th day of October, 2020.

Respectfully Submitted,

 /s/ Geoff B. McCarrell
Geoff B. McCarrell (#0086427)
CONSUMER LAW PARTNERS, LLC
333 N. Michigan Ave., Suite 1300
Chicago, IL 60601
(267) 422-1000 (phone)
(267) 422-2000 (fax)
geoff.m@consumerlawpartners.com

*Attorneys for Plaintiff, Sandra E. Rivera*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on October 8, 2020, I electronically filed the foregoing *Plaintiff's Notice of Voluntary Dismissal of Action* with the Clerk of the District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of this filing to the attorneys of record in this action.  Notice of this filing will also be sent to Defendant via electronic mail to:

    Shawn Schlag
    Chief Operating Officer
    ATG Credit, LLC
    Shawn.Schlag@ATGCredit.com

      */s/ Geoff B. McCarrell*
      Geoff B. McCarrell (OH #0086427)
      CONSUMER LAW PARTNERS, LLC